**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Anthony Joseph Graff<br>&<br>Kathleen Anita Graff,<br>fka Kathleen Anita Fosbrink,<br>fka Kathleen Anita Banks<br><br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 17-23378 JAD |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Nationstar Mortgage LLC as Servicer for WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR Banc of America Alternative Loan Trust 2006-1 Mortgage Pass-Through Certificates, Series 2006-1 and index same on the master mailing list.

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
jwarmbrodt@kmllawgroup.com
Attorney I.D. No. 42524
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215)-627-1322

Attorney for Movant/Applicant