UNITED STATES BANKRUPTCY COURT
IN THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Anthony Joseph Graff | : | |
| Kathleen Anita Graff | : | No. 17-23378-JAD |
| | : | |
| Debtors | : | Chapter 13 |
| | : | |
| Ally Financial | : | Related to Document No. 6 & 28 |
| | : | |
| Movant | : | Doc. # 29 |
| | : | |
| vs. | : | |
| | : | |
| Anthony Joseph Graff | : | |
| Kathleen Anita Graff | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | |
| Respondents | : | |

## **STIPULATION**

Pursuant to the agreement of Ally Financial (hereinafter "**Ally**") and Anthony Joseph Graff and Kathleen Anita Graff (the "**Debtors**"), Ally's secured claim as it relates to the 2014 Chevrolet Silverado, VIN No. 1GCVKREC8EZ204569 (the "Vehicle"), shall be paid according to the following treatment during the term of the Debtors' Chapter 13 Plan.  Ally shall have a secured claim in the amount of $33,316.76 with interest accruing at 6.25% to be paid in the amount of $648.00 per month.

It is further agreed that the said Chapter 13 Plan dated August 22, 2017, shall incorporate the terms of this Stipulation as it relates to Ally's claim or if the Debtors file an amended Chapter 13 Plan, the amended Chapter 13 Plan shall incorporate the terms of this Stipulation as it relates to Ally's claim.

Ally shall retain its lien on the Vehicle until the Debtors' Chapter 13 Plan has been fully completed or until it has been paid the full amount to which it is entitled under applicable non-bankruptcy law, whichever occurs earlier.  Upon payment in accordance with these terms and successful completion of the Chapter 13 Plan by the Debtors, Ally shall release its lien on the Vehicle.

This Stipulation shall become null and void, without further Order or Hearing, if the Debtors' underlying Chapter 13 Bankruptcy case is converted to a Chapter 7 case or if the underlying Chapter 13 Bankruptcy case is dismissed.

SO ORDERED:

October 27, 2017

_____ **jsf**
Jeffery A. Deller
United States Bankruptcy Judge

AGREED TO:

/s/ Scott R. Lowden
Scott R. Lowden, Esquire
Pa I.D. # 72116
3948 Monroeville Blvd., Suite 2
Monroeville, PA 15146
(412) 374-7161
niclowlgl@comcast.net
Attorney for the Debtors

FILED
10/27/17 10:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

/s/ Brett A. Solomon
Brett A. Solomon, Esquire
Pa. I.D. #83746
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
(412) 566-1212
bsolomon@tuckerlaw.com
Attorney for Ally Financial

/s/ Richard J. Bedford
Richard J. Bedford, PA I.D. 25069
Attorney for Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA  15219
(412) 471-5566
rbedford@chapter13trusteewdpa.com

BANK_FIN:573891-1 024035-181473

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-23378-JAD
Anthony Joseph Graff                                                Chapter 13
Kathleen Anita Graff
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: mgut              Page 1 of 1              Date Rcvd: Oct 27, 2017
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2017.
db/jdb         +Anthony Joseph Graff,    Kathleen Anita Graff,    76 Nickolay Road,    Avella, PA 15312-2655

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2017 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              David A. Rice    on behalf of Debtor Anthony Joseph Graff ricelaw1@verizon.net,
               lowdenscott@gmail.com
              David A. Rice    on behalf of Joint Debtor Kathleen Anita Graff ricelaw1@verizon.net,
               lowdenscott@gmail.com
              David W. Ross    on behalf of Defendant    Range Resources - Appalachia, LLC dross@bccz.com
              James  Warmbrodt    on behalf of Creditor    Wells Fargo Bank, N.A. et. al. bkgroup@kmllawgroup.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
               pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott R. Lowden    on behalf of Debtor Anthony Joseph Graff niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Plaintiff Kathleen Anita Graff niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Joint Debtor Kathleen Anita Graff niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Plaintiff Anthony J. Graff niclowlgl@comcast.net
              T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer  Office of Attorney General,
               Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,  MarkSPalmerPC@aol.com
                                                                                              TOTAL: 13