# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | ANTHONY JOSEPH & KATHLEEN ANITA GRAFF |
| **Case Number:** | 17-23378-JAD    Chapter: 13 |
| **Date / Time / Room:** | THURSDAY, NOVEMBER 02, 2017 03:00 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
11/6/17 1:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#6 - Continued Confirmation of Plan Dated 8/22/2017 (N)
  +Objections By: Ally Financial
R / M #:  6 / 0

*Appearances:*

Debtor: Lawden
Trustee: Winnecour / Bedford / Pail / **Katz**
Creditor: Palmer for PA Dept of Revenue

*Proceedings:* Pecardis for Nationstar

Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **2/22/18** at **11:30 Am**
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ___ Contested Hearing: _____ at _____.
10. ___ Other:

Still waiting for Range Resources to start remitting royalty payments
Lmp pending

10/27/201'  9:06:36AM