## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

**IN RE:**

**CASE NO.: 17-23378-JAD**
**CHAPTER 13**

**Anthony Joseph Graff,**
**Debtor,**

**and**

**Kathleen Anita Graff,**
**fka Kathleen Anita Fosbrink**
**fka Kathleen Anita Banks**
**Joint Debtor.**

_____/

## NOTICE OF WITHDRAWAL

   **PLEASE TAKE NOTICE THAT**, on behalf of WELLS FARGO BANK, NATIONAL
ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA ALTERNATIVE LOAN TRUST
2006-1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1 ("Secured
Creditor"), the undersigned hereby withdraws the following document:

**Notice of Mortgage Payment Change filed on January 8, 2018 under Claim Number 9-1.**

[SPACE INTENTIONALLY LEFT BLANK]

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 10, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

NICOTERO & LOWDEN PC
3948 MONROEVILLE BLVD., SUITE 2
MONROEVILLE, PA  15146

ANTHONY JOSEPH GRAFF
KATHLEEN ANITA GRAFF
76 NICKOLAY ROAD
AVELLA, PA  15312

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA  15219

U.S. TRUSTEE
LIBERTY CENTER
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA  15222

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969

By: /s/ Kevin Buttery
Kevin Buttery, Esquire
Florida Bar Number 319438
Email: kbuttery@rascrane.com