UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA

CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

    **Debtor:** ANTHONY JOSEPH & KATHLEEN ANITA GRAFF
   **Case Number:** 17-23378-JAD     **Chapter:** 13
 **Date / Time / Room:** THURSDAY, FEBRUARY 22, 2018  11:30 AM  3251 US STEEL
  **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
2/26/18 10:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

 #6 - Continued Confirmation of Plan Dated 8/22/2017 (N)
 R / M #:  6 / 0

*Appearances:*   Bowden w/ debtor wife

 **Debtor:**
 **Trustee:** Winnecour / (Pail) Katz

 **Creditor:** Palmer - PA Rev

*Proceedings:*

 **Outcome:**

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____ .
7. __X__ Plan/Motion continued to 4/12/18 at 10:30 .
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____ .
  Objections are due on or before _____ .
  A hearing on the Amended Plan is set for _____ at _____ .
9. _____ Contested Hearing: _____ at _____ .
10. _____ Other:

2/16/2018    1:57:29PM