# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | ANTHONY JOSEPH & KATHLEEN ANITA GRAFF |
| Case Number: | 17-23378-JAD          Chapter: 13 |
| Date / Time / Room: | THURSDAY, APRIL 12, 2018 10:30 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
4/12/18 3:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#6 - Continued Confirmation of Plan Dated 8/22/2017 (N)
+Objections By: Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
R / M #:  6 / 0

*LMP denied.*

**Appearances:**

Debtor: Lowden
Trustee: Winnecour / Pail / Katz / DeSimone

Creditor: Palmer for Pa Dept of Revenue

**Proceedings:** Pecardut for Nationstar

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _X_ Contested Hearing: 5/2/18 at 10:00 Am.
10. _X_ Other:

*Trustee has a Balance on hand of $24,621, $19,354 of which was result of royalty payments in excess of Debtors' exemptions. Trustee requests that case be converted to chapter 7 because of plan defaults, or that court allow distribution of non-exempt proceeds to creditors before case dismissed.*

*With denial of LMP the plan is not feasible.*

4/6/2018    3:17:46PM

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-23378-JAD
Anthony Joseph Graff                                                Chapter 13
Kathleen Anita Graff
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: jhel            Page 1 of 1            Date Rcvd: Apr 12, 2018
                               Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2018.
db/jdb        +Anthony Joseph Graff,   Kathleen Anita Graff,   76 Nickolay Road,   Avella, PA 15312-2655

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2018 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              David A. Rice    on behalf of Debtor Anthony Joseph Graff ricelaw1@verizon.net,
               lowdenscott@gmail.com
              David A. Rice    on behalf of Joint Debtor Kathleen Anita Graff ricelaw1@verizon.net,
               lowdenscott@gmail.com
              David W. Ross    on behalf of Defendant    Range Resources - Appalachia, LLC dross@bccz.com
              James  Warmbrodt    on behalf of Creditor    Wells Fargo Bank, N.A. et. al. bkgroup@kmllawgroup.com
              Kevin M Buttery    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR
               BANC OF AMERICA ALTERNATIVE LOAN TRUST 2006-1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1
               kbuttery@rascrane.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
               pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott R. Lowden    on behalf of Debtor Anthony Joseph Graff niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Plaintiff Kathleen Anita Graff niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Joint Debtor Kathleen Anita Graff niclowlgl@comcast.net
              Scott R. Lowden    on behalf of Plaintiff Anthony J. Graff niclowlgl@comcast.net
              T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer  Office of Attorney General,
               Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,  MarkSPalmerPC@aol.com
                                                                                              TOTAL: 14