IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Anthony Joseph Graff ) | Case No.: 17-23378 JAD |
| Kathleen Anita Graff ) | Chapter 13 |
| Debtor(s) ) | |

<u>TRUSTEE'S CERTIFICATION OF COMPLETION OF PAYMENTS</u>

AND NOW, Ronda J. Winnecour, Standing Chapter 13 Trustee for the Western District of Pennsylvania, reports, as follows:

1. This case was filed on August 22, 2017.

2. This Honorable Court entered an order on June 25, 2018 stating that the Trustee was authorized to pay allowed administrative expenses with the funds on hand.

3. The Trustee was also authorized to pay any remaining allowed fees and expenses of counsel to the debtors (Scott R. Lowden, Esquire).

4. The Trustee's office issued a check to Rice and Associates (where Attorney Lowden is employed) on July 26, 2018 in the amount of $8,386.78.

5. The June 25, 2018 order also states that once the Trustee's office files a Certification of Completion, the Court shall enter an order that dismisses the case without prejudice. And, upon dismissal, the Chapter 13 Trustee is authorized to refund the debtors any remaining funds on hand.

WHEREFORE, the Trustee requests that this Honorable Court issue an order dismissing this case so that the Trustee's office can send a refund to Mr. and Mrs. Graff.

Respectfully Submitted,

<u>August 31, 2018</u>                                    /s/ Ronda J. Winnecour

Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: )
Anthony Joseph Graff ) Case No.: 17-23378 JAD
Kathleen Anita Graff ) Chapter 13
    Debtor(s) )

CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by First Class United States mail, postage prepaid:

Anthony Joseph Graff
Kathleen Anita Graff
76 Nickolay Road
Avella, PA  15312

Scott R. Lowden, Esquire
Rice & Associates Law Firm
15 W. Beau Street
Washington, PA  15301

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

| | |
|---|---|
| 8-31-2018<br>Date | /S/ Amy T. Sabedra<br>Administrative Assistant<br>Office of the Chapter 13 Trustee<br>US Steel Tower – Suite 3250<br>600 Grant Street<br>Pittsburgh, PA  15219<br>412) 471-5566<br>cmecf@chapter13trusteewdpa.com |