# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| ANTHONY JOSEPH GRAFF AND | : | Bankruptcy No. <u>17-23378JAD</u> |
| KATHLEEN ANITA GRAFF, | : | |
| | : | Related to Docs. # 60 and 59 |
| | : | |
| | : | |
| Debtor(s) | : | Chapter 13 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE
## AND TERMINATING INCOME ATTACHMENT

**AND NOW**, this <u>5th</u> day of <u>**September,**</u> <u>**2018**</u>, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** and that the Debtor(s) remain legally liable for all of his/her debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349, and creditors are directed to title 11 U.S.C. § 108 (c) for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this notice.

**IT IS FURTHER ORDERED** that if this case is dismissed, with prejudice, pursuant to 11 U.S.C. § 109(g), the Debtor is ineligible to file bankruptcy under any chapter for one-hundred eighty (180) days.

**IT IS FURTHER ORDERED** that each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor shall serve a copy of this order on each such employer and entity immediately.

**IT IS FURTHER ORDERED** that the court retains jurisdiction over the Trustee's Final Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

**IT IS FURTHER ORDERED** that the Clerk shall give notice to all creditors of this dismissal.

_____ jsf
JEFFERY A. DELLER
U.S. Bankruptcy Judge

cm:    **All Creditors And All Parties In Interest**

FILED
9/5/18 11:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00020731

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                    Case No. 17-23378-JAD
Anthony Joseph Graff                                                      Chapter 13
Kathleen Anita Graff
         Debtors
                                     CERTIFICATE OF NOTICE
District/off: 0315-2           User: mgut                   Page 1 of 2                   Date Rcvd: Sep 05, 2018
                               Form ID: pdf900              Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2018.
db/jdb         +Anthony Joseph Graff,    Kathleen Anita Graff,    76 Nickolay Road,    Avella, PA 15312-2655
cr             +Ally Financial,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
                 Pittsburgh, Pa 15222-5413
cr             +Nationstar Mortgage LLC,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL  33487,    UNITED STATES 33487-2853
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper, et al,    8950 Cypress Waters Blvd,
                 Coppell, TX 75019-4620
cr             +Nationstar Mortgage, LLC,    Aldridge Pite, LLP,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
cr             +T. Lawrence Palmer Office of Attorney General, Pen,    Office of Attorney General,
                 5th Floor, Manor Complex,    564 Forbes Avenue,    Pittsburgh, PA 15219-2992
cr             +WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L,
                 6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
14680225       +Capital One Bank,    3451 Harry S Truman Blvd.,    Saint Charles, MO 63301-4047
14680226       +Hickory Telephone,    75 Main Street,    Hickory, PA 15340-1118
14680228       +James Jeffries, Esq.,    30 South Main Street,    Washington, PA 15301-6812
14680230       +Nationstar Mortgage LLC,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,
                 Coppell, TX 75019-4620
14688583       +Nationstar Mortgage, LLC,    c/o Michele A. DeWitt,    Aldridge Pite, LLP,
                 4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
14680231       +PA Dept of Revenue,    11 Parkway Ctr, #175,    Pittsburgh, PA 15220-3623
14680232       +Surge Credit Card,    P.O. Box 3220,    Buffalo, NY 14240-3220
14750108       +WELLS FARGO BANK, NATIONAL ASSOCIATION,    Nationstar Mortgage LLC d/b/a Mr. Cooper,
                 PO Box 619096,    Dallas TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14680222       +E-mail/Text: csr@theaffiliatedgroup.com Sep 06 2018 02:17:37     Affiliated Credit Services,
                 P.O. Box 7739,    Rochester, MN 55903-7739
14680223       +E-mail/Text: ally@ebn.phinsolutions.com Sep 06 2018 02:16:10     Ally Financial,
                 Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
14695148        E-mail/Text: ally@ebn.phinsolutions.com Sep 06 2018 02:16:10     Ally Financial,
                 PO Box 130424,    Roseville, MN 55113-0004
14680224       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 06 2018 02:19:02      Capital One,
                 Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
14680227        E-mail/Text: cio.bncmail@irs.gov Sep 06 2018 02:16:17     Internal Revenue Service,
                 1000 Liberty Avenue,    Pittsburgh, PA 15222
14720142        E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 06 2018 02:17:07     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
14680229       +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 06 2018 02:17:07     Jefferson Capital / Fingerhut,
                 16 Mceland Rd,    Saint Cloud, MN 56303-2198
14725866        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 06 2018 02:19:51
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14683989        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 06 2018 02:16:33
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14680233       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 06 2018 02:16:04
                 Verizon Wireless,    P.O. Box 25505,    Lehigh Valley, PA 18002-5505
14680234       +E-mail/Text: bankruptcy@firstenergycorp.com Sep 06 2018 02:16:58     West Penn Power,
                 76 South Main Street,    Akron, OH 44308-1817
14726253       +E-mail/Text: bankruptcy@firstenergycorp.com Sep 06 2018 02:16:58     West Penn Power,
                 5001 NASA Blvd,    Fairmont WV 26554-8248
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Wells Fargo Bank, N.A. et. al.
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: mgut                 Page 2 of 2           Date Rcvd: Sep 05, 2018
                              Form ID: pdf900            Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2018 at the address(es) listed below:

```
          Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
           agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
          David A. Rice    on behalf of Joint Debtor Kathleen Anita Graff ricelaw1@verizon.net,
           lowdenscott@gmail.com
          David A. Rice    on behalf of Debtor Anthony Joseph Graff ricelaw1@verizon.net,
           lowdenscott@gmail.com
          David W. Ross    on behalf of Defendant    Range Resources - Appalachia, LLC dross@bccz.com
          James  Warmbrodt     on behalf of Creditor    Wells Fargo Bank, N.A. et. al. bkgroup@kmllawgroup.com
          Kevin M Buttery    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR
           BANC OF AMERICA ALTERNATIVE LOAN TRUST 2006-1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1
           kbuttery@rascrane.com
          Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
           pabk@logs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Scott R. Lowden    on behalf of Joint Debtor Kathleen Anita Graff niclowlgl@comcast.net
          Scott R. Lowden    on behalf of Plaintiff Anthony J. Graff niclowlgl@comcast.net
          Scott R. Lowden    on behalf of Debtor Anthony Joseph Graff niclowlgl@comcast.net
          Scott R. Lowden    on behalf of Plaintiff Kathleen Anita Graff niclowlgl@comcast.net
          T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer   Office of Attorney General,
           Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,   MarkSPalmerPC@aol.com
                                                                                             TOTAL: 14
```