**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ANTHONY JOSEPH GRAFF
KATHLEEN ANITA GRAFF
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Respondents.

Case No.:17-23378 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/22/2017 and confirmed on 01/01/1900. The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 25,754.31 |
| Less Refunds to Debtor | 16,234.34 | |
| TOTAL AMOUNT OF PLAN FUND | | 9,519.97 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 8,386.78 | |
|   Trustee Fee | 1,133.19 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,519.97 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   WELLS FARGO BANK NA - TRUSTEE<br>    Acct: 3735 | 0.00 | 0.00 | 0.00 | 0.00 |
|   WELLS FARGO BANK NA - TRUSTEE<br>    Acct: 3735 | 0.00 | 0.00 | 0.00 | 0.00 |
|   WELLS FARGO BANK NA - TRUSTEE<br>    Acct: 3735 | 0.00 | 0.00 | 0.00 | 0.00 |
|   PA DEPARTMENT OF REVENUE*<br>    Acct: 6730 | 18,170.95 | 0.00 | 0.00 | 0.00 |
|   INTERNAL REVENUE SERVICE*<br>    Acct: 6730 | 101,644.10 | 0.00 | 0.00 | 0.00 |
|   ALLY FINANCIAL(*)<br>    Acct: 2182 | 33,316.76 | 0.00 | 0.00 | 0.00 |
|   ALLY FINANCIAL(*)<br>    Acct: 7879 | 18,223.56 | 0.00 | 0.00 | 0.00 |
|   ALLY FINANCIAL(*)<br>    Acct: 2182 | 0.00 | 0.00 | 0.00 | 0.00 |

\*\*\* N O N E \*\*\*

Priority

| 17-23378 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| DAVID A RICE ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ANTHONY JOSEPH GRAFF  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ANTHONY JOSEPH GRAFF  Acct: | 16,234.34 | 16,234.34 | 0.00 | 0.00 |
| NICOTERO & LOWDEN PC  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SCOTT R LOWDEN ESQ**  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RICE AND ASSOCIATES  Acct: XXXXXXXXXXXXXXXXXXXX3-18 | 8,386.78 | 8,386.78 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*  Acct: 6730 | 22,110.76 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*  Acct: 6730 | 3,092.20 | 0.00 | 0.00 | 0.00 |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
| THE AFFILIATED GROUP  Acct: 1823 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC  Acct: 0409 | 1,045.22 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE(*)  Acct: 5903 | 0.00 | 0.00 | 0.00 | 0.00 |
| HICKORY TELEPHONE CO  Acct: 7802 | 427.61 | 0.00 | 0.00 | 0.00 |
| JAMES R JEFFRIES ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC*  Acct: 6877 | 376.65 | 0.00 | 0.00 | 0.00 |
| SURGE CARD  Acct: 8950 | 0.00 | 0.00 | 0.00 | 0.00 |
| VERIZON WIRELESS  Acct: 8670 | 0.00 | 0.00 | 0.00 | 0.00 |
| WEST PENN POWER*  Acct: 4933 | 2,010.21 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*  Acct: 6730 | 13,525.01 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*  Acct: 6730 | 205.05 | 0.00 | 0.00 | 0.00 |
| ROBERTSON ANSCHUTZ & SCHNEID PL  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| T LAWRENCE PALMER ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ALDRIDGE PITE LLP  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | \*\*\*NONE\*\*\* | | | |

TOTAL PAID TO CREDITORS                                                                                                    0.00

TOTAL CLAIMED
PRIORITY                25,202.96
SECURED                171,355.37
UNSECURED               17.589.75

Date: 10/01/2018                                      /s/ Ronda J. Winnecour
                                                      RONDA J WINNECOUR PA ID #30399
                                                      CHAPTER 13 TRUSTEE WD PA
                                                      600 GRANT STREET
                                                      SUITE 3250 US STEEL TWR
                                                      PITTSBURGH, PA  15219
                                                      (412) 471-5566
                                                      cmecf@chapter13trusteewdpa.com